### IN THE UNITED STATES DISTRICT COURT
### FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **ROBERT K. DECKER, #51719-074,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| vs. | ) Case No. 24-cv-01139-JPG |
| | ) |
| **UNITED STATES OF AMERICA,** | ) |
| | ) |
| **Defendant.** | ) |

## JUDGMENT IN A CIVIL CASE

This action came before the Court, District Judge J. Phil Gilbert, and the following decision was reached:

**JUDGMENT IS HEREBY ENTERED AGAINST** Plaintiff and **IN FAVOR OF** Defendant. Plaintiff shall recover nothing, and the action is **DISMISSED** with prejudice, the parties to bear their own costs.

**DATED: 3/26/2025**

                                                          MONICA A. STUMP, CLERK

                                                     By: s/ Megan Domina
                                                            Deputy Clerk

APPROVED:  s/J. Phil Gilbert
                  J. PHIL GILBERT
                  United States District Judge